# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FRIENDS OF MAYANOT INSTITUTE, INC.,

        Plaintiff,

                              Civil Action No. 1:16-cv-1436 (APM)

    vs.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

_____/

## SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO TAKE JUDICIAL NOTICE AND FOR ENTRY OF DEFAULT JUDGMENT AS TO LIABILITY WITH INCORPORATED STATEMENT OF POINTS AND AUTHORITIES

Asher Perlin declares as follows pursuant to 28 U.S.C. § 1746:

1. I am lead counsel for plaintiff, Friends of Mayanot Institute, Inc. ("Plaintiff" or "Mayanot"), in this matter and submit this supplemental declaration in support of the pending Motion to Take Judicial Notice and for Entry of Default Judgment as to Liability ("Motion for Default Judgment"), previously filed on September 15, 2017. (DE 18).

2. The Motion for Default Judgment requested that the court take judicial notice of all of the Findings of Fact and Conclusions of Law contained in the court's decision in *Kaplan v. Central Bank of the Islamic Republic of Iran*, 55 F. Supp. 3d 189 (D.D.C. 2014), Civ. No. 09-00646-RCL, and of the underlying evidentiary record therein and, based upon that factual record, hold that Defendant the Islamic Republic of Iran ("Iran") is liable for the prolonged rocket attack upon Israel that the Hezbollah terrorist organization perpetrated from July 12, 2006 through August 14. 2006 (the "Hezbollah Attack") and the damage that Hezbollah Attack caused to

Mayanot. The Motion for Default Judgment further requested that the Court enter judgment against Iran as to liability on behalf of Mayanot pursuant to 28 U.S.C. § 1605A(d) and,(4) pursuant to 28 U.S.C. § 1605A(e) and Federal Rule of Civil Procedure 53, appoint a Special Master for the purpose of taking evidence and filing reports and recommendations regarding the amount of damages to be awarded to Mayanot.

3.   The Motion for Default Judgment cited directly to evidentiary materials introduced into evidence in the *Kaplan* case, some of which were attached at exhibits to the Motion.

4.   After filing the Motion for Default Judgment, I became aware of an additional Declaration submitted in *Kaplan*, which Declaration contains significant evidence supporting a finding of Iran's liability for the Hezbollah Attack upon which both *Kaplan* and the instant case are based.  A true and accurate copy of the Expert Declaration of Claudia Rosett submitted in *Kaplan* is attached hereto as Exhibit A.

5.   Additionally, after filing the Motion for Default Final Judgment, I learned that the transcript of the *Kaplan* trial on liability, which includes the live testimony of expert witnesses about Iran's provision of material support to Hezbollah prior to the 2006 attacks, was not docketed in that case, and therefore may not be available to this Court. Accordingly, I obtained a copy of that transcript. A true and accurate copy of the *Kaplan* trial transcript is submitted herewith as Exhibit B.

6.   Finally, although Rabbi Kasriel Shemtov, a Director of Mayanot, submitted a declaration affirming that Mayanot is a New York not-for-profit corporation, I am submitting for the court's consideration a true copy of a Certificate of Status issued by the New York Department of State that confirms that Mayanot was incorporated as a Not-for-Profit Corporation on November 4, 1996; and that upon a diligent examination of the Corporate Index, no record of dissolution has

been found for Mayanot. A true and accurate copy of the October 20, 2017 Certificate of Status

issued by the New York Department of State is submitted herewith as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on October 31, 2017.


By:     /s/ Asher Perlin_____
        Asher Perlin, Esq.